# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF ARKANSAS
# JONESBORO DIVISION

KANDI SUE CLINE                                                                          PLAINTIFF

VS.                                          3:13CV00015 JTR

CAROLYN W. COLVIN, ACTING COMMISSIONER,               DEFENDANT
SOCIAL SECURITY ADMINISTRATION

## JUDGMENT

Pursuant to the Memorandum and Order filed this date, judgment is entered in favor of Defendant, dismissing this case, with prejudice.

DATED this 2nd day of January, 2014.

_____
UNITED STATES MAGISTRATE JUDGE